**FILED**

JUL 31 2009

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Damon Lloyd Goffe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **09 1438** |
| ) | |
| Oprah Winfrey, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint, which is accompanied by an application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the case for lack of subject matter jurisdiction.

Plaintiff, a resident of Bronx, New York, sues Oprah Winfrey and Harpo, Inc., for copyright infringement. "[N]o civil action for infringement of the copyright in any United States work shall be instituted until preregistration or registration of the copyright claim has been made in accordance with this title [or] . . . where the deposit, application, and fee required for registration have been delivered to the Copyright Office in proper form and registration has been refused[.]" 17 U.S.C. § 411(a). Plaintiff does not allege that he complied with the registration provisions. The complaint therefore will be dismissed for lack of jurisdiction. *See Goffe v. Winfrey*, 2008 WL 4787515 * 1 (S.D.N.Y., Oct. 31, 2008) (finding same). A separate Order accompanies this Memorandum Opinion.

*[signature]*
United States District Judge

Date: July 21, 2009